JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel JAMES M. SWOBEN,<br><br>Plaintiffs,<br><br>v.<br><br>SCAN HEALTH PLAN, a California corporation, fka SENIOR CARE ACTION NETWORK; SENIOR CARE ACTION NETWORK, a business entity, form unknown; SCAN GROUP, a California corporation; SECURE HORIZONS, a business entity, form unknown; UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UHIC, a business entity, form unknown; UNITEDHEALTH GROUP, a business entity, form unknown; UNITED HEALTHCARE, a business entity, form unknown; UNITEDHEALTH, a business entity, form unknown; PACIFICARE OF CALIFORNIA, a corporation; PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, a corporation; and PACIFICARE HEALTH SYSTEMS, a corporation; WELLPOINT, a business entity, form unknown; AETNA, a | Case No.  09-CV-5013-JFW (JEMx)<br><br>[Honorable John F. Walter]<br><br>**JUDGMENT DISMISSING THIRD AMENDED COMPLAINT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | business entity, form unknown; HEALTH NET, a business entity, form unknown; HEALTHCARE PARTNERS, a business entity, form unknown; HEALTHCARE PARTNERS MEDICAL GROUP, a business entity, form unknown; and HEALTHCARE PARTNERS INDEPENDENT PHYSICIAN ASSOCIATION, a business entity, form unknown,<br><br>                    Defendants. |

10   On July 30, 2013 the Court entered an order (Docket No. 133) granting

11 without leave to amend the motions filed June 26, 2013 by the following defendants

12 (collectively "Defendants") to dismiss the Third Amended Complaint of Relator

13 James M. Swoben:

14   (1)   Defendants Healthcare Partners, LLC, Healthcare Partners Medical

15 Group, Inc., and Healthcare Partners Independent Physician Association (Docket

16 No. 111);

17   (2)   Defendant Aetna (Docket No. 112);

18   (3)   Defendant WellPoint, Inc. (Docket No. 113);

19   (4)   Defendants United Healthcare Insurance Company, UnitedHealthCare

20 Services, Inc., UHIC, UnitedHealth Group, UnitedHealthCare, UnitedHealth,

21 PacificCare Health Plan Administrators, UHC of California (f/k/a PacificCare of

22 California), PacificCare Life and Health Insurance Company, PacificCare Health

23 Systems, and Health Net (Docket No. 114).

24   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relator

25 James M. Swoben shall take nothing from Defendants or any of them by his Third

26 Amended Complaint, and that the Third Amended Complaint be dismissed with

prejudice regarding Relator James M. Swoben and without prejudice regarding the United States of America as to Defendants and each of them.

Dated: August 5, 2013

_____     _____
                             UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

| | |
|---|---|
| THE ZINBERG LAW FIRM<br>A Professional Corporation | O'MELVENY & MYERS LLP |
| THE HANAGAMI LAW FIRM<br>A Professional Corporation | By:  /s/ Michael M. Maddigan<br>Michael M. Maddigan<br>Attorneys for Defendant<br>WellPoint, Inc. |
| By:  /s/ William K. Hangami<br>William K. Hangami<br>Attorneys for Plaintiff<br>and Qui Tam Relator | |
| HOGAN LOVELLS US LLP | LATHAM & WATKINS LLP |
| By:  /s/ Neil R. O'Hanlon<br>Neil R. O'Hanlon<br>Attorneys for Defendants<br>Healthcare Partners, et al. | By:  /s/ David J. Schindler<br>David J. Schindler<br>Attorneys for Defendants<br>United Healthcare Insurance<br>Company, et al. |
| GIBSON DUNN & CRUTCHER LLP | |
| By  /s/ Geoffrey M. Sigler<br>Geoffrey M. Sigler<br>Attorneys for Defendant<br>Aetna | |

Hogan Lovells US LLP
Attorneys At Law
Los Angeles

- 3 -

JUDGMENT DISMISSNG THIRD
AMENDED COMPLAINT

\\LA - 037987/000010 - 1059385 v1