UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel* JAMES M. SWOBEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SCAN HEALTH PLAN, a California corporation, fka SENIOR CARE ACTION NETWORK, et al.<br><br>Defendants. | Case No: CV09-5013 JFW(JEMx)<br>[Hon. John F. Walter, Ctrm. 16]<br>Complaint Filed: July 13, 2009<br><br>FINAL JUDGMENT DISMISSING ACTION FOR LACK OF JURISDICTION |

WHEREAS, On June 1, 2015, the Court entered its order (Docket No. 174) denying Relator James M. Swoben's (Relator) Motion for Partial Summary Judgment (Docket No. 146), and on August 28, 2015, the Court entered its order (Docket No. 210) denying Relator's Motion for Determination That Relator Is an Original Source (Docket No. 182) and granting plaintiffs United States of America and State of California's Motion to Dismiss the First and Second Claims for Relief Due to Lack of Subject Matter Jurisdiction (Docket No. 177), without leave to amend; and

WHEREAS, the Relator's other claims for Relief were previously dismissed by the Court;

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First and Second Claims for Relief are dismissed with prejudice against James M. Swoben.

Dated: October 26, 2015

_____
United States District Judge

APPROVED AS TO FORM:

Respectfully submitted,

THE ZINBERG LAW FIRM
A Professional Corporation

THE HANAGAMI LAW FIRM
A Professional Corporation

Dated: October 23, 2015    By: */s/William K. Hanagami*
William K. Hanagami
Attorneys for Relator, James M. Swoben

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE
Assistant United States Attorney
Civil Fraud Section

Dated: October 23, 2015    By: */s/John E. Lee*
John E. Lee
Assistant United States of Attorney
Attorneys for Plaintiff, United States of America

(Continued next page)

-2-

|  |  |
|---|---|
|  | KAMALA D. HARRIS<br>Attorney General of California<br>BRIAN V. FRANKEL<br>Supervising Deputy Attorney General<br>LORA FOX MARTIN<br>Deputy Attorney General |
| Dated: October ___, 2015 | By: _____<br>Brian V. Frankel<br>Supervising Deputy Attorney General<br>Attorneys for Plaintiff, State of California |

### LOCAL RULE 5-4.3.4 ATTESTATION

I attest and certify that the signature of John E. Lee, Assistant United States Attorney for the United States of California, and on whose behalf this filing is submitted, concurs with the filing's content and has authorized the filing.

Dated: October 23, 2015  /s/William K. Hanagami
                         William K. Hanagami

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, I electronically transmitted the attached document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Abram J. Zinberg (AbramZinberg@gmail.com) | Attorney for Plaintiff and Relator, James M. Swoben |
| Susan R. Hershman (susan.hershman@usdoj.gov, USACAC.Civil@usdoj.gov)<br>John E. Lee (john.lee2@usdoj.gov, USACAC.Civil@usdoj.gov)<br>Donald W. Yoo (donald.yoo@usdoj.gov) | Attorneys for Plaintiff, United States of America |
| Brian V. Frankel (brian.frankel@doj.ca.gov)<br>Lora Fox Martin (lora.martin@doj.ca.gov)<br>John P. Fisher (john.fisher@doj.ca.gov) | Attorneys for Plaintiff, State of California |
| David J. Schindler (david.schindler@lw.com) | Attorneys for Defendant, SCAN Health Plan |

*/s/William K. Hanagami*
William K. Hanagami