1  CHAD A. READLER
   Acting Assistant Attorney General, Civil Division
2  SANDRA R. BROWN
   Acting United States Attorney
3  DOROTHY A. SCHOUTEN
   DAVID K. BARRETT
4  LINDA A. KONTOS
   JOHN E. LEE (CBN 128696)
5  Assistant United States Attorneys
        300 N. Los Angeles Street, Room 7516
6       Los Angeles, California 90012
        Tel: (213) 894-3995; Fax: (213) 894-7819
7       Email: john.lee2@usdoj.gov
   MICHAEL D. GRANSTON
8  DANIEL R. ANDERSON
   CAROL L. WALLACK
9  JUSTIN DRAYCOTT
   JESSICA KRIEG
10 Attorneys, Civil Division
   United States Department of Justice
11      P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
12      Tel: (202) 307-0486; Fax: (202) 307-3852
        E-mail: carol.wallack@usdoj.gov
13 JAMES P. KENNEDY, JR.
   Acting United States Attorney
14 KATHLEEN ANN LYNCH
   Assistant United States Attorney
15 (Admitted Pro Hac Vice)
        138 Delaware Avenue
16      Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
17      E-mail: kathleen.lynch@usdoj.gov
   Attorneys for the United States of America

**DENIED**

BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE

9/14/17

*/s/ John F. Walter*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES M. SWOBEN,<br><br>Plaintiffs,<br><br>v.<br><br>SECURE HORIZONS, a business entity, form unknown, *et al.*,<br><br>Defendants. | No. CV 09-5013 JFW (JEMx)<br><br>[PROPOSED] ORDER PERMITTING ADDITIONAL LEAD COUNSEL FOR THE UNITED STATES AND THE UNITED DEFENDANTS<br><br>[FILED CONCURRENTLY HEREWITH: JOINT STIPULATION] |

1  Upon stipulation of the parties, and good cause appearing, IT IS HEREBY
2  ORDERED that, in addition to previously designated Lead Counsel, the following
3  attorneys are designated as additional Lead Counsel in this action:
4      1.  Justin Draycott, Trial Attorney, Civil Division, Fraud Section, U.S.
5  Department of Justice, and John E. Lee, Assistant United States Attorney, Central
6  District of California, for the United States.
7      2.  Daniel Meron, Esq. for the United defendants.
8  IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

10  Dated: _____    _____
           JOHN F. WALTER
11         United States District Court Judge

2